

# Fourth Court of Appeals
## San Antonio, Texas

May 16, 2014

No. 04-12-00237-CR

Phillip Wayne **GRIFFIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 7th District Court, Smith County, Texas
Trial Court No. 007-1767-08
The Honorable Kerry L. Russell, Judge Presiding

# O R D E R

On April 30, 2014, this court issued an opinion in this appeal. A motion for rehearing was due on May 15, 2014. *See* TEX. R. APP. P. 49.1. A motion for extension of time to file a motion for rehearing is due not later than May 30, 2014. *See id.* R. 49.8.

On May 14, 2014, Appellant filed a motion for a thirty-day extension of time to file a motion for en banc reconsideration. Appellant's motion for extension of time is GRANTED.

Appellant's motion for en banc reconsideration must be filed with this court by June 16, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court